

# Fourth Court of Appeals
## San Antonio, Texas

June 21, 2019

No. 04-19-00376-CR

**IN RE STATE OF TEXAS**, ex. rel. Todd Durden, County Attorney

Original Mandamus Proceeding[1]

**ORDER**

Sitting:    Rebeca C. Martinez, Justice
Patricia O. Alvarez, Justice
Liza A. Rodriguez, Justice

On June 20, 2019, relator filed a motion for temporary relief asking this court to "issue an Order of Stay" as to three criminal proceedings.  The motion is DENIED.

It is so **ORDERED** on June 21, 2019.

**PER CURIAM**

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises out of Cause Nos. 10005CR, et al., styled *The State of Texas v. Maria Villarreal Cervantes, et al.*, pending in the County Court, Kinney County, Texas.  The Honorable James T. Shahan and the Honorable Enrique Fernandez are the respondents.